**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TFT, LLC dba VALLEY FITNESS CENTER, a California Limited Liability Company,<br><br>             Plaintiff,<br><br>      vs.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a corporation; DOES 1 through 20, inclusive,<br><br>             Defendants. | Case No. CV 20-6060-DMG (MAAx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [28]** |

Plaintiff TFT, LLC dba Valley Fitness and defendant Philadelphia Indemnity Insurance Company having stipulated,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.  All scheduled dates and deadlines are VACATED.

DATED:  April 26, 2022

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE